# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

DAVID COOKLOCK,                        Civil No. 08-1643 (JRT/JJG)

               Plaintiff,

v.

PRINCIPAL FINANCIAL GROUP,           **ORDER FOR DISMISSAL**
                                                    **WITH PREJUDICE**

               Defendant.

_____

Katherine MacKinnon, **ATTORNEY AT LAW**, 3744 Huntington Avenue, St. Louis Park, MN 55416, for plaintiff.

Brian Campbell, **WHITFIELD & EDDY, PLC**, 317 Sixth Avenue, Suite 1200, Des Moines, IA 50309, for defendant.

Based upon the parties' stipulation for dismissal with prejudice [Docket No. 23], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

DATED: July 6, 2009
at Minneapolis, Minnesota.                                 s/John R. Tunheim
                                                                JOHN R. TUNHEIM
                                                        United States District Judge